UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JERRY L BISBY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-07-404 |
| § | (Consolidated w/ C-07-423 and C-07-424) |
| KIMBERLY GARZA, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**ON DEFENDANT AMERICAN CORRECTIONAL ASSOCIATION'S**
**MOTION FOR SUMMARY JUDGMENT**

On June 21 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendant American Correctional Association's dispositive motion (D.E. 89) be granted, and that plaintiff's § 1983 claims against American Correctional Association be dismissed with prejudice.  On July 3, 2008, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that defendant American Correctional Association's dispositive motion (D.E. 89) is granted, and plaintiff's § 1983 claims against American Correctional Association are dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 16th day of July, 2008.

_____
Janis Graham Jack
United States District Judge