UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JERRY L BISBY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-07-404 |
| § | (consolidated w/C-07-423 and C-07-424) |
| KIMBERLY GARZA, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On June 27, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending as follows:

1) that the Court dismiss plaintiff's claims against defendant Mendoza for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997e(a); or in the alternative, that the Court find that defendant Mendoza is entitled to qualified immunity, and therefore, that summary judgment be granted in his favor; and

2) that defendant Garza is entitled to qualified immunity, that the Court grant summary judgment in her favor, and that plaintiff's claims against her be dismissed with prejudice.

On July 16, 2008, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge as set out below.

Accordingly, it is ORDERED as follows:

1) the Court dismisses plaintiff's claims against defendant Mendoza for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997e(a); and

2) defendant Garza is entitled to qualified immunity; the Court grants summary judgment in her favor and plaintiff's claims against her are dismissed with prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 17th day of July, 2008.

_____
Janis Graham Jack
United States District Judge