UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERRY L BISBY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-404 |
| | § | |
| KIMBERLY GARZA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On July 30, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendant American Correctional Association's motion to amend the final judgment (D.E. 126) be denied. On August 14, 2008, the plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that defendant American Correctional Association's motion to amend the final judgment is DENIED.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 8th day of September, 2008.

_____
Janis Graham Jack
United States District Judge